**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MYRTLE E. GAINES, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:09CV01615 ERW |
| ) | |
| INTERNATIONAL BROTHERHOOD OF ) | |
| ELECTRICAL WORKERS DISTRICT NO. ) | |
| 9 PENSION PLAN, et al., ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

Upon review of the Court file, the Court notes that there has been no activity from Defendants International Brotherhood of Electrical Workers District No. 9 Pension Plan and Victoria Gaines since service upon said Defendants.

**IT IS HEREBY ORDERED** that Plaintiff shall file, no later than **January 4, 2010**, appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration, as to said Defendants.

So Ordered this 4th day of December, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE